1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALBERT LOUIS WYATT,

11                 Petitioner,               No. 2:13-cv-1280 EFB P

12          vs.

13   JEFFREY BEARD, et al.,

14                 Respondents.              <u>ORDER</u>

15   _____/

16          Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  However, petitioner has commenced this action in the wrong district.

18          Petitioner was convicted in the Los Angeles County Superior Court, but is confined at

19   CSP Solano.  Although this court and the United States District Court in the district where

20   petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410

21   U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's

22   application are more readily available in the county of conviction, *id.* at 499 n. 15; 28 U.S.C.

23   § 2241(d).  Therefore, the court will transfer this action to the United States District Court for the

24   Central District of California.  28 U.S.C. §§ 84(c); 1404(a).

25   ////

26   ////

1        Accordingly, it is ORDERED that this action is transferred to the United States District

2    Court for the Central District of California.

3    Dated:  July 1, 2013.

4

5    EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26